IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 JUL 27 PM 12:21

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THOMAS O. CAMPBELL,<br><br>　　　　　Defendant. | 8:23CR 142<br><br>INFORMATION<br><br>[26 U.S.C. § 7206(1)] |

The United States Attorney charges that

## COUNT I

On or about April 15, 2018, in the District of Nebraska, THOMAS O. CAMPBELL, defendant, a resident of the state of Nebraska, who was the sole proprietor of the Thomas Owais Campbell Law Office ("TLN Law"), a limited liability corporation ("LLC") located in the state of Nebraska, did willfully make and subscribe a joint IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040"), for himself and his spouse, for calendar year 2017, which contained a written declaration that it was made under penalties of perjury and which return the defendant THOMAS O. CAMPBELL did not believe to be true and correct as to every material matter. That 2017 IRS Form 1040, which was prepared and signed in the District of Nebraska was submitted to the IRS by subscribing to an IRS Form 8879, IRS e-file Signature Authorization, falsely reported TNL Law's gross receipts or sales for calendar year 2017 in the amount of $399,704 on line 1 of the attached Schedule C, Profit or Loss From Business, whereas, defendant THOMAS O. CAMPBELL then and there knew, TLN Law had gross receipts or sales of approximately $1,093,774 during calendar year 2017.

All in violation of Title 26, United States Code, Section 7206(1).

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

STEVEN. A. RUSSELL
United States Attorney

Date 6/29/23

CHRISTOPHER L. FERRETTI
ASSISTANT U.S. ATTORNEY