IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>THOMAS O. CAMPBELL,<br><br>                Defendant. | 8:23–CR–142<br><br>ORDER PERMITTING PAYMENT OF RESTITUTION IN ADVANCE OF SENTENCING |

Counsel for the Defendant has advised the Court that his client seeks to make advance restitution payments prior to sentencing. The Court concludes that the Defendant should be permitted to do so. Accordingly,

IT IS ORDERED that the Clerk of Court accept restitution payments in the above-captioned case made by the Defendant, Thomas O. Campbell, in an amount up to and including $232,849.00.

Dated this 9th day of November 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge