IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS O. CAMPBELL,<br><br>Defendant. | 8:23CR142<br><br>STATEMENT OF PLAINTIFF PURSUANT TO NECrimR. 32.1(b) REGARDING SENTENCING PROCEDURES AND ADOPTION OF THE REVISED MODIFIED PRESENTENCE INVESTIGATION REPORT |

COMES NOW Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides this written statement in accordance with NECrimR. 32.1(b), regarding Sentencing Procedures.

Plaintiff hereby adopts the Revised Modified Presentence Investigation Report.  Plaintiff anticipates offering Exhibit 1 (case agent affidavit), Exhibit 2 (Omaha Magazine article), and Exhibit 3 (photos of luxury items and aircraft purchase agreement) at the sentencing hearing on November 30, 2023.

Respectfully Submitted,

UNITED STATES OF AMERICA,

SUSAN LEHR
Acting United States Attorney
District of Nebraska


By:     s/ Christopher L. Ferretti
        CHRISTOPHER L. FERRETTI
        DC Bar #985340
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel:  (402) 661-3700
        Fax:  (402) 345-5724
        E-mail:  christopher.ferretti@usdoj.gov

1

CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants:

Sandra L. Foster
U.S. Probation and Pretrial Services Officer

s/ Christopher L. Ferretti
Assistant U.S. Attorney