# AIRCRAFT PURCHASE AGREEMENT

To: FT Rentals LLC                Date: 3/28/18

Please accept our offer to purchase the aircraft products and/or other items specified below subject to the terms and conditions set forth in this order, including the terms and conditions on page 2.

| YEAR | MODEL | FAA # | AIRCRAFT SERIAL # | | ENGINE SERIAL # | |
|---|---|---|---|---|---|---|
| 2008 | Cessna T182T | T18208624 | N927PC | | | |
| SPECIFICATIONS: | | | | TOTAL SELLING PRICE | | $225,000.00 |
| | | | | seller escrow | | $400.00 |
| Aircraft to be sold free and clear of liens and encumbrances | | | | buyer escrow | | $400.00 |
| | | | | | | |
| Aircraft sold " AS IS " | | | LICENSE, TRANSFER, REGISTRATION | | | |
| Pre purchase survey to be performed by Dave | | | TOTAL SALE | | | |
| Roper of Straightgate Performance the week of April 2nd 2018. Buyer to pay for inspection seller to pay for airworthy items. Buyer will finance purchase. Aircraft will be removed from market for 4-6 weeks for buyer to complete vacation. Deposit will be non-refundable. Escrow to close on or around April 30th 2018. | | | deposit | $5,000.00 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL CREDIT TO SALE | | | |
| | | | CASH DUE ON DELIVERY | | | $220,400.00 |
| | | | Delivery | as delivered | | |
| | | | TRADE IN INFORMATION   MAKE/MODEL | | | n/a |
| | | | REG # | SERIAL # | | |
| | | | HOURS: AIRFRAME | | ENGINES | |
| ☐ | Purchaser acknowledges that he has read and understands all the terms and conditions set forth on both sides hereof. Seller expressly DISCLAIMS ALL WARRANTIES, whether express or implied, including ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS or otherwise in connection with this sale. | | | | | |
| SELLER | FT Rentals LLC | | PURCHASER | Thomas Owais Campbell, Managing Partner of TLN LAW LLC | | |
| Signed | | | Signed: | | | |
| Seller | Anthony Ippolito | | Buyer | TLN Law LLC | | |
| Address | 2538 E Desert Ln | | Address: | 4808 S 24th St | | |
| City/State/Zip | Gilbert, AZ 85234 | | City/State/Zip: | Omaha, NE 68107 | | |

Page 1

GOVERNMENT EXHIBIT 3





